IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 12-02447/ESL |
| ANIBAL MIRANDA PEREZ | * |
| IDELISSA MELENDEZ CONCEPCION | * |
| | * |
| | * CHAPTER 13 |
| DEBTORS | * |

**MOTION REQUESTING CONVERSION TO CHAPTER 7**

**TO THE HONORABLE COURT:**

**NOW COME, ANIBAL MIRANDA PEREZ** and **IDELISSA MELENDEZ CONCEPCION,** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors may be debtors under Chapter 7, 11 U.S.C. §1307(f).

2. Debtors may convert a case under Chapter 13 to a case under Chapter 7 of Title 11 at any time, 11 U.S.C. §1307(a).

3. There have been no prior cases and no prior conversions.

4. The Schedules and Statement of Financial Affairs have been filed in the case and unless the court otherwise orders it shall be deemed filed in the Chapter 7 case, Rule 1019(1)(A), Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the debtors respectfully request that this Honorable Court grant this motion, convert this Chapter 13 case to one under Chapter 7 and enter relief pursuant to Chapter 7 of Title 11, United States Code.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notification to the following: Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; to the United States Trustee's Office;

Page -2-
Motion for Conversion to Chapter 7
Case no. 12-02447/ESL13

and I also certify that I have sent a copy of this motion via regular mail to the debtors, Anibal Miranda Pérez, PO Box 643, Juncos PR 00777 and Idelissa Meléndez Concepción, Manciones de Juncos, 3 Eucalipto Street, Juncos PR 00777; and to all creditors appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 14th day of November, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

Certificamos haber leído esta moción y que la misma fue redactada según nuestras instrucciones. En Caguas, PR a 14 de noviembre de 2015.

_____
ANIBAL MIRANDA PEREZ

_____
IDELISSA MELENDEZ CONCEPCION

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 12-02447-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu Nov 5 09:22:24 AST 2015 | BACK BOWL I LLC SERIES C<br>WEINSTEIN & RILEY P S<br>2001 WESTERN AVE SUIET 400<br>SEATTLE, WA 98121-2163 | BANCO POPULAR/USA BANK ASSOCIATION<br>WALLACE VAZQUEZ SANABRIA ESQ<br>17 MEXICO STREET SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L<br>ATTN DEPARTMENT 1<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | MIDLAND FUNDING LLC/RECOSER LLC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASOC RESIDENTES MANSIONES DE JUNCOS, INC.<br>URB MANSIONES DE JUNCOS<br>BUZON # 90 ADM<br>JUNCOS, PR 00777 | BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO BILBAO VIZCAYA ARGENTARIA PR<br>ANGEL M. VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | BANCO POPULAR DE PR<br>PO BOX 364445<br>SAN JUAN, PR 00936-4445 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | BANCO POPULAR as service agent for USA BANK<br>c/o 17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917 |
| BANCO POPULAR as service agent or ORIENTAL B<br>c/o 17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917 | Back Bowl I LLC, Series C<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | CFI RESORTS MANAGEMENT CO<br>2801 OLD WINTER GARDEN RD<br>OCOEE, FL 34761-2965 |
| DPTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | FIA CITI CARD<br>PO BOX 17054<br>WILMINGTON, DE 19850-7054 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTLHOM PROD<br>PO BOX 3885<br>SAN JUAN, PR 00936 |
| JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | JUAN H SOTO SOLA<br>420 AVE PONCE DE LEON STE 705<br>SAN JUAN, PR 00918-3407 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SANTANDER<br>PO BOX 2199<br>BAYAMON, PR 00960-2199 |

| | | |
|---|---|---|
| SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | WESTGATE VACATION VILLAS LLC<br>5601 WINDHOVER DR<br>ORLANDO, FL 32819-7936 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| ANIBAL MIRANDA PEREZ<br>P O BOX 643<br>JUNCOS, PR 00777-0643 | IDELISSA MELENDEZ CONCEPCION<br>MANSIONES DE JUNCOS<br>3 EUCALIPTO STREET<br>JUNCOS, PR 00777-2927 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Banco Bilbao Vizcaya Argentaria PR<br>Angel M. Vzquez Bauza<br>PO Box 191017<br>00919-1017 San Juan PR | (d)RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | End of Label Matrix<br>Mailable recipients 36<br>Bypassed recipients 2<br>Total 38 |