**Fill in this information to identify your case:**

Debtor 1: **ANIBAL MIRANDA PEREZ**
First Name / Middle Name / Last Name

Debtor 2: **IDELISSA MELENDEZ CONCEPCION**
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:12-bk-2447

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **ASOC RESIDENTES MANSIONES DE JUNCOS**<br><br>Description of property securing debt: **Residential property located at Mansiones de Juncos, 3 Eucalipto** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ■ No<br>☐ Yes |
| Creditor's name: **BANCO BILBAO VIZCAYA ARGENTARIA**<br><br>Description of property securing debt: **2007 Toyota Tacoma** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ■ No<br>☐ Yes |
| Creditor's name: **BANCO POPULAR DE PR** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ No<br>☐ Yes |

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 1

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

| Debtor 1 | MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION, | | |
|---|---|---|---|
| Debtor 2 | IDELISSA | Case number *(if known)* | 3:12-bk-2447 |

| Description of property securing debt: | Residential property located at Mansiones de Juncos, 3 Eucalipto | ☐ Retain the property and [explain]: | |
|---|---|---|---|

| Creditor's name: | RELIABLE FINANCIAL SERVICES | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
|---|---|---|---|
| Description of property securing debt: | 2010 Scion xB Release Series 7.0 4dr Wagon (2.4L 4cyl 4A) | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ Yes |

| Creditor's name: | WESTGATE VACATION VILLAS LLC | ■ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
|---|---|---|---|
| Description of property securing debt: | Timeshare located at Westgate Vacation Villas, 2770 Old Lake Wil | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 2

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1  **MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION,**
Debtor 2  **IDELISSA**

Case number *(if known)* **3:12-bk-2447**

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____
**ANIBAL MIRANDA PEREZ**
Signature of Debtor 1

Date  01/08/2016

X _____
**IDELISSA MELENDEZ CONCEPCION**
Signature of Debtor 2

Date  01/08/2016

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 3