IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANIBAL MIRANDA PEREZ
IDELISSA MELENDEZ CONCEPCION

DEBTORS

CASE NO. 12-02447-ESL

CHAPTER 7

NOTICE OF FILING OF
AMENDED SCHEDULES "A/B" & "C"

TO THE HONORABLE COURT:

**COME NOW**, **ANIBAL MIRANDA PEREZ** and **IDELISSA MELENDEZ CONCEPCION,** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. The debtors respectfully submit ***Amended Schedules "A/B" and "C",*** dated January 22, 2016, herewith and attached to this motion.

2. These amendments to Schedules "A/B" & "C" are filed **to delete Banco Popular de Puerto Rico's checking account x6242; to include First Bank's checking account x0787 and ValenCoop's checking account x8815, and claim the appropriate exemptions.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page-2-
Amended Schedules "A/B" & "C"
Case No. 12-02447/ESL7

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, Anibal Miranda Perez and Idelissa Melendez Concepcion, debtors in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 22nd day of January, 2016.

/s/ **Roberto Figueroa Carrasquillo**
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0186
TEL (787) 744-7699/FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

Fill in this information to identify your case and this filing:

Debtor 1: **ANIBAL MIRANDA PEREZ**
First Name / Middle Name / Last Name

Debtor 2: **IDELISSA MELENDEZ CONCEPCION**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 3:12-bk-2447

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**Mansiones de Juncos**
**3 Eucalipto St**
Street address, if available, or other description

Juncos    PR    00777
City      State  ZIP Code

County

What is the property? Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$222,000.00**
Current value of the portion you own? **$222,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Residential property located at Mansiones de Juncos, 3 Eucalipto Street, Juncos,**

Debtor 1 **MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION,**
Debtor 2 **IDELISSA**

Case number (if known) **3:12-bk-2447**

**1.2 If you own or have more than one, list here:**

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$6,000.00**
Current value of the portion you own? **$6,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Timeshare located at Westgate Vacation Villas, 2770 Old Lake Wilson Rd., Kissimm

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................=> **$228,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**
Make: Scion
Model: xB
Year: 2010
Approximate mileage: 95000
Other information:
2010 Scion XB

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$6,697.00**
Current value of the portion you own? **$6,697.00**

**3.2**
Make:
Model:
Year:
Approximate mileage:
Other information:
2007 Toyota Tacoma

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$11,625.00**
Current value of the portion you own? **$11,625.00**

Debtor 1 **MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION,**
Debtor 2 **IDELISSA**

Case number *(if known)* 3:12-bk-2447

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................=>   $18,322.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....
   | Misc. Household Goods and Furnishings |    $8,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....
    | Clothes and personal effects |    $800.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

Debtor 1 **MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION,**
Debtor 2 **IDELISSA**

Case number *(if known)* **3:12-bk-2447**

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes. Give specific information.....
Miscellaneus used jewerly .................................................. $1,000.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................ **$9,800.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

Institution name:

17.1. **First Bank**
**Checking Account: x0787** ......................................... $314.46

17.2. **ValenCoop**
**Checking Account: x8815** ....................................... $2,454.46

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes................. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................
Name of entity: % of ownership:
**CMEC, Inc** _____% .................. $1,005.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
Type of account: Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No

Official Form 106A/B Schedule A/B: Property page 4
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1 MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION,
Debtor 2 IDELISSA

Case number *(if known)* 3:12-bk-2447

☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:     Beneficiary:     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

Official Form 106A/B    Schedule A/B: Property    page 5
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | MIRANDA PEREZ, ANIBAL & MELENDEZ CONCEPCION, | | |
|---|---|---|---|
| Debtor 2 | IDELISSA | Case number *(if known)* | 3:12-bk-2447 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................................................ **$3,773.92**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 .............................................................................. | | $228,000.00 |
| 56. Part 2: Total vehicles, line 5 | $18,322.00 | |
| 57. Part 3: Total personal and household items, line 15 | $9,800.00 | |
| 58. Part 4: Total financial assets, line 36 | $3,773.92 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $31,895.92 | Copy personal property total → $31,895.92 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $259,895.92 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | ANIBAL | MIRANDA | PEREZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 3:12-bk-2447 | | |

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions**<br>Scion<br>xB<br>2010<br>95000<br>**2010 Scion XB**<br>Line from *Schedule A/B*: **3.1** | $6,697.00 | ■ $6,697.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Misc. Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $8,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Clothes and personal effects**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Miscellaneus used jewerly**<br>Line from *Schedule A/B*: **14.1** | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **First Bank**<br>**Checking Account: x0787**<br>Line from Schedule A/B: **17.1** | $314.46 | ■ $314.46<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **ValenCoop**<br>**Checking Account: x8815**<br>Line from Schedule A/B: **17.2** | $2,454.46 | ■ $2,454.46<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 2 of 3
Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify your case:

Debtor 1 _____ _____ _____
                First Name                Middle Name              Last Name

Debtor 2   IDELISSA MELENDEZ CONCEPCION
(Spouse if, filing)   First Name                Middle Name              Last Name

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number   3:12-bk-2447
(if known)

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**<br>**Misc. Household Goods and Furnishings**<br>Line from *Schedule A/B*: 6.1 | $8,000.00 | ■   $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Clothes and personal effects**<br>Line from *Schedule A/B*: 11.1 | $800.00 | ■   $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Miscellaneus used jewerly**<br>Line from *Schedule A/B*: 14.1 | $1,000.00 | ■   $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **ANIBAL** | **MIRANDA** | **PEREZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **IDELISSA** | **MELENDEZ** | **CONCEPCION** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 3:12-bk-2447 | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ ANIBAL MIRANDA PEREZ
ANIBAL MIRANDA PEREZ
Signature of Debtor 1

Date January 22, 2016

X /s/ IDELISSA MELENDEZ CONCEPCION
IDELISSA MELENDEZ CONCEPCION
Signature of Debtor 2

Date January 22, 2016

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 12-02447-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Fri Jan 22 13:34:08 AST 2016 | BACK BOWL I LLC SERIES C<br>WEINSTEIN & RILEY P S<br>2001 WESTERN AVE SUIET 400<br>SEATTLE, WA 98121-2163 | BANCO POPULAR/USA BANK ASSOCIATION<br>WALLACE VAZQUEZ SANABRIA ESQ<br>17 MEXICO STREET SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L<br>ATTN DEPARTMENT 1<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | MIDLAND FUNDING LLC/RECOSER LLC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASOC RESIDENTES MANSIONES DE JUNCOS, INC.<br>URB MANSIONES DE JUNCOS<br>BUZON # 90 ADM<br>JUNCOS, PR 00777 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO BILBAO VIZCAYA ARGENTARIA PR<br>ANGEL M. VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 |
| BANCO POPULAR DE PR<br>PO BOX 364445<br>SAN JUAN, PR 00936-4445 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 |
| BANCO POPULAR as service agent for USA BANK<br>c/o 17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917 | BANCO POPULAR as service agent or ORIENTAL B<br>c/o 17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917 | Back Bowl I LLC, Series C<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| CFI RESORTS MANAGEMENT CO<br>2801 OLD WINTER GARDEN RD<br>OCOEE, FL 34761-2965 | DPTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 |
| FIA CITI CARD<br>PO BOX 17054<br>WILMINGTON, DE 19850-7054 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTLHOM PROD<br>PO BOX 3885<br>SAN JUAN, PR 00936 | JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | JUAN H SOTO SOLA<br>420 AVE PONCE DE LEON STE 705<br>SAN JUAN, PR 00918-3407 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

```
SANTANDER                              SANTANDER FINANCIAL D/B/A ISLAND FINANCE   WESTGATE VACATION VILLAS LLC
PO BOX 2199                            PO BOX 195369                              5601 WINDHOVER DR
BAYAMON, PR  00960-2199                SAN JUAN PR 00919-5369                     ORLANDO, FL  32819-7936



ANIBAL MIRANDA PEREZ                   IDELISSA MELENDEZ CONCEPCION               MONSITA LECAROZ ARRIBAS
P O BOX 643                            MANSIONES DE JUNCOS                        OFFICE OF THE US TRUSTEE (UST)
JUNCOS, PR 00777-0643                  3 EUCALIPTO STREET                         OCHOA BUILDING
                                       JUNCOS, PR 00777-2927                      500 TANCA STREET  SUITE 301
                                                                                  SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS               ROBERTO FIGUEROA CARRASQUILLO
PMB 136                                PO BOX 186
400 CALAF STREET                       CAGUAS, PR 00726-0186
SAN JUAN, PR 00918-1314
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Banco Bilbao Vizcaya Argentaria PR   (d)RELIABLE FINANCIAL SERVICES            End of Label Matrix
Angel M. Vzquez Bauza                   PO BOX 21382                              Mailable recipients    37
PO Box 191017                           SAN JUAN, PR  00928-1382                  Bypassed recipients     2
00919-1017 San Juan PR                                                            Total                  39
```